IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND VIRGINIA

CHARLES TISDALE )
)
      Plaintiff, pro se )
)
v. )
) Civil Action 3:12cv36
HONORABLE BARACK H. OBAMA, II, )
personally and in his official capacity as President of the )
United States, and DON PALMER, in his official )
capacity as Secretary of The Virginia State Board )
of Elections, and THE VIRGINIA STATE BOARD ) Case No.
OF ELECTIONS, and NEIL H. MACBRIDE, in )
his official capacity as United States Attorney for )
The Eastern District of Virginia, and THE )
FEDERAL ELECTION COMMISSION. )
)
      Defendants )

## TABLE OF EXHIBITS

**Exhibit 1-** Copy of Candidate Obama's Declaration of Candidacy To The Virginia State Board of Elections

**Exhibit 2.-** Copy of Candidate Obama;s Long Form Birth Certificate.

**Exhibit 3-** Copy of Candidate Mitt Romney's Declaration of Candidacy To The Virginia State Board of Elections.

**Exhibit 4-** Copy of Candidate Ron Paul's Declaration of Candidacy To The Virginia State Board of Elections.

**Exhibit 5-** Copy of Plaintiff Charles Tisdale's Birth Certificate Confirming Status As A Natural Born United States Citizen.

**Exhibit 6-** Copy of Plaintiff Charles Tisdale (3) Medical Implants Information, Medicare Card, Medicaid Card.

_[signature]_
Charles Tisdale
P.O. Box 401
Richmond, VA 23219
434 247 6675
434 247 2649
mel_tisdale@hotmail.com

Exhibit 1

Commonwealth of Virginia

State Board of Elections

**PRESIDENTIAL PRIMARY**
Tuesday, March 6, 2012

THIS DOCUMENT MUST BE SIGNED AND ACKNOWLEDGED BELOW BEFORE A NOTARY OR OTHER OFFICER AUTHORIZED TO TAKE ACKNOWLEDGMENTS. BOTH IT AND THE PETITIONS MUST BE RECEIVED BY THE STATE BOARD OF ELECTIONS NO LATER THAN 5:00 P.M. ON THURSDAY DECEMBER 22, 2011.

## A. CONSENT OF PRESIDENTIAL CANDIDATE

The group listed below has been organized in Virginia to circulate petitions on my behalf and with my consent.

| NAME OF ORGANIZED GROUP | MAILING ADDRESS OF CHAIR |
|---|---|
| Organizing for America - Virginia | 1710 E. Franklin Street |
| NAME OF CHAIR | CITY/STATE/ZIP |
| Ashley Baia, Field Director | Richmond, VA 23223 |

_____
SIGNATURE OF PRESIDENTIAL CANDIDATE

## B. DECLARATION OF CANDIDACY

I, __Barack__ __Hussein__ __Obama__ __II__,
    FIRST NAME    MIDDLE OR MAIDEN NAME    LAST NAME    SUFFIX, IF ONE

__5046 S. Greenwood__                     __Chicago, Illinois 60615__
RESIDENT ADDRESS                           CITY/STATE/ZIP

hereby declare myself to be a candidate for the office of President of the United States in the Presidential Primary election of the political party indicated below to be held on Tuesday, March 6, 2012: (CHECK ONE SQUARE)    [X] **Democratic**    [ ] **Republican**

I understand and agree that my name will appear on the presidential general election ballot only if I am nominated by the political party in whose presidential primary I am participating.

Given under my hand this __1__ day of __DECEMBER__, 2011.

_____    BARACK OBAMA
SIGNATURE OF CANDIDATE               *PRINT YOUR NAME AS IT IS TO APPEAR ON THE BALLOT

P.O. Box 8102                          Chicago          IL        60680
MAILING ADDRESS                        CITY/TOWN        STATE     ZIP

(312) 985-1700
(AREA CODE) HEADQUARTERS TELEPHONE    E-MAIL ADDRESS: counsel@barackobama.com

                                      WEB ADDRESS: www.barackobama.com

State of __D.C.__

_____
ENTER COUNTY, CITY, TOWNSHIP OR BOROUGH

__Barack Hussein Obama II__, personally appeared before me
PRINT NAME OF PRESIDENTIAL CANDIDATE

on this __1st__ day of __December__, 2011, signed the foregoing instrument and having been duly sworn by me, affirmed that the statements made herein are true.

_____
SIGNATURE OF NOTARY OR OTHER OFFICER AUTHORIZED TO ADMINISTER OATHS    My commission expires __9/30/16__

* NAME ON BALLOT MUST NOT EXCEED 25 SPACES AND MAY NOT INCLUDE ANY TITLES.

SBE-545B REV 5/11

Exhibit 2



Slim-Fast! 3·2·1 Plan Lose weight now
About.com. Urban Legends

# Barack Obama's Birth Certificate - Full Image



Source: Barack Obama presidential campaign

More About:
Barack Obama's Birth Certificate

Exhibit 3

Commonwealth of Virginia

State Board of Elections

# PRESIDENTIAL PRIMARY
## Tuesday, March 6, 2012

> **THIS DOCUMENT MUST BE SIGNED AND ACKNOWLEDGED BELOW BEFORE A NOTARY OR OTHER OFFICER AUTHORIZED TO TAKE ACKNOWLEDGMENTS. BOTH IT AND THE PETITIONS MUST BE RECEIVED BY THE STATE BOARD OF ELECTIONS NO LATER THAN 5:00 P.M. ON THURSDAY DECEMBER 22, 2011.**

## A. CONSENT OF PRESIDENTIAL CANDIDATE

The group listed below has been organized in Virginia to circulate petitions on my behalf and with my consent.

| NAME OF ORGANIZED GROUP | MAILING ADDRESS OF CHAIR |
|---|---|
| NAME OF CHAIR | CITY/STATE/ZIP |

_____
SIGNATURE OF PRESIDENTIAL CANDIDATE

## B. DECLARATION OF CANDIDACY

I, __Mitt__ _____ __Romney__ _____
FIRST NAME / MIDDLE OR MAIDEN NAME / LAST NAME / SUFFIX, IF ONE

__3 South Cottage Road__          __Belmont, MA 02478__
RESIDENT ADDRESS                  CITY/STATE/ZIP

hereby declare myself to be a candidate for the office of President of the United States in the Presidential Primary election of the political party indicated below to be held on Tuesday, March 6, 2012: (CHECK ONE SQUARE)   ☐ Democratic   ☒ Republican

I understand and agree that my name will appear on the presidential general election ballot only if I am nominated by the political party in whose presidential primary I am participating.

Given under my hand this __18th__ day of __November__, 2011.

_____
SIGNATURE OF CANDIDATE

__Mitt Romney__
*PRINT YOUR NAME AS IT IS TO APPEAR ON THE BALLOT

__585 Commercial St.__       __Boston__   __MA__   __02109__
MAILING ADDRESS              CITY/TOWN    STATE    ZIP

__(857) 288-3500__
(AREA CODE) HEADQUARTERS TELEPHONE

E-MAIL ADDRESS: __info@mittromney.com__
WEB ADDRESS: __www.mittromney.com__

State of __Massachusetts__
__Suffolk__
ENTER COUNTY, CITY, TOWNSHIP OR BOROUGH

__Mitt Romney__
PRINT NAME OF PRESIDENTIAL CANDIDATE

[Notary Seal: Notary Public, Megan L. Sowards, Commonwealth of Massachusetts, My Commission Expires on July 6, 2018]

personally appeared before me on this __18th__ day of __November__, 2011, signed the foregoing instrument and having been duly sworn by me, affirmed that the statements made herein are true.

_____
SIGNATURE OF NOTARY OR OTHER OFFICER AUTHORIZED TO ADMINISTER OATHS

My commission expires __July 6, 2018__

* NAME ON BALLOT MUST NOT EXCEED 25 SPACES AND MAY NOT INCLUDE ANY TITLES.

COMMONWEALTH OF VIRGINIA
STATE BOARD OF ELECTIONS
1100 BANK STREET, 1ST FLOOR
RICHMOND, VIRGINIA 23219-3642

VOICE: 804-864-8901
VOICE TOLL-FREE: 800-552-9745
TTY TOLL-FREE: 800-260-3466
FAX: 804-371-0194

# President
## March 6, 2012 Republican Primary
### FILING STATUS OF REQUIRED DOCUMENTS

**NAME OF CANDIDATE:** Mitt Romney

**MAILING ADDRESS:** 585 Commercial Street

**CITY/TOWN:** Boston, MA **ZIP:** 02109

**DATE OF FILING:** 12/20/11

**TIME OF FILING:** _____

**Y = Received**   **N/R = Not Required**   **N/F = Required but not filed**

| Filing Status | Description of Documents |
|---|---|
| Y | Consent/Declaration of Candidacy |
| Y | Statement, signed by the candidate under oath, of Number of Petition Signatures: Number of Signatures Reported: 16,026 |

This form acknowledges receipt of, or indicates failure to file, the required documents indicated above. It does not certify the adequacy of the documents filed nor the qualification of petitions. Immediately after the filing deadline, the State Board of Elections will deliver to the State Chair of the Republican Party of Virginia, the Consent/Declaration of Candidacy and the unopened containers containing the petitions.

The State Chair must certify to the State Board of Elections no later than 5:00 p.m. on **Tuesday, December 27, 2011**, the names of all candidates who qualified to have their names printed on the Presidential Primary ballot.

The State Board of Elections will conduct a drawing on **Wednesday, December 28, 2011** (10 AM, State Capital, House Room 2), to determine the order of placement of candidate names on the Presidential Primary ballot.

**Acknowledged by filer:**

_[signature] Bill_
SIGNATURE OF CANDIDATE'S REPRESENTATIVE

_[signature] Matthew Abell_
STATE BOARD OF ELECTIONS REPRESENTATIVE

**MAILING ADDRESS OF REPRESENTATIVE:** P.O. Box 8205

**CITY/TOWN:** Richmond, **STATE:** VA **ZIP:** 23226

**DAYTIME TELEPHONE INCLUDING AREA CODE:** (804) 246-8020

**WEB ADDRESS, IF ONE:** billballing.com

**E-MAIL ADDRESS, IF ONE:** bballing@mindspring.com

Exhibit 4

Commonwealth of Virginia

State Board of Elections

# PRESIDENTIAL PRIMARY
## Tuesday, March 6, 2012

> THIS DOCUMENT MUST BE SIGNED AND ACKNOWLEDGED BELOW BEFORE A NOTARY OR OTHER OFFICER AUTHORIZED TO TAKE ACKNOWLEDGMENTS. BOTH IT AND THE PETITIONS MUST BE RECEIVED BY THE STATE BOARD OF ELECTIONS NO LATER THAN 5:00 P.M. ON THURSDAY DECEMBER 22, 2011.

## A. CONSENT OF PRESIDENTIAL CANDIDATE

The group listed below has been organized in Virginia to circulate petitions on my behalf and with my consent.

| NAME OF ORGANIZED GROUP | MAILING ADDRESS OF CHAIR |
|---|---|
| | |
| NAME OF CHAIR | CITY/STATE/ZIP |
| | |

_Ron Paul_
SIGNATURE OF PRESIDENTIAL CANDIDATE

## B. DECLARATION OF CANDIDACY

I, **RONALD** (FIRST NAME) **ERNEST** (MIDDLE OR MAIDEN NAME) **PAUL** (LAST NAME) _____ (SUFFIX, IF ONE)

**220 BLACKSTOCK LANE** (RESIDENT ADDRESS) **LAKE JACKSON, TX 77566** (CITY/STATE/ZIP)

hereby declare myself to be a candidate for the office of President of the United States in the Presidential Primary election of the political party indicated below to be held on Tuesday, March 6, 2012: (CHECK ONE SQUARE) ☐ Democratic  ☒ Republican

I understand and agree that my name will appear on the presidential general election ballot only if I am nominated by the political party in whose presidential primary I am participating.

Given under my hand this **27** day of **OCTOBER**, 2011.

_Ron Paul_
SIGNATURE OF CANDIDATE

**RON PAUL**
*PRINT YOUR NAME AS IT IS TO APPEAR ON THE BALLOT

**8000 FORBES PL, STE 200**
MAILING ADDRESS

**SPRINGFIELD, VA 22151**
CITY/TOWN   STATE   ZIP

**703-563-6620**
(AREA CODE) HEADQUARTERS TELEPHONE

E-MAIL ADDRESS: **CHRISY@RONPAUL2012.COM**
WEB ADDRESS: **RONPAUL2012.COM**

State of **VIRGINIA**

**FAIRFAX**
ENTER COUNTY, CITY, TOWNSHIP OR BOROUGH

**RON PAUL**
PRINT NAME OF PRESIDENTIAL CANDIDATE , personally appeared before me

on this **27** day of **OCTOBER**, 2011, signed the foregoing instrument and having been duly sworn by me, affirmed that the statements made herein are true.

_Christopher M Young_
SIGNATURE OF NOTARY OR OTHER OFFICER AUTHORIZED TO ADMINISTER OATHS

My commission expires **8/31/15**

* NAME ON BALLOT MUST NOT EXCEED 25 SPACES AND MAY NOT INCLUDE ANY TITLES.

SBE-545B  REV 5/11

COMMONWEALTH OF VIRGINIA
STATE BOARD OF ELECTIONS
1100 BANK STREET, 1ST FLOOR
RICHMOND, VIRGINIA 23219-3642

VOICE: 804-864-8901
VOICE TOLL-FREE: 800-552-9745
TTY TOLL-FREE: 800-260-3466
FAX: 804-371-0194

# President
## March 6, 2012 Republican Primary
### FILING STATUS OF REQUIRED DOCUMENTS

**NAME OF CANDIDATE:** Ron Paul

**MAILING ADDRESS:** 8000 Forbes Place, Ste 200

**CITY/TOWN:** Springfield   **VA**   **ZIP:** 22151

**DATE OF FILING:** 12/22/11

**TIME OF FILING:** 3:52 P.M.

**Y = Received**   **N/R = Not Required**   **N/F = Required but not filed**

| Filing Status | Description of Document |
|---|---|
| Y | Consent/Declaration of Candidacy |
| Y | Statement, signed by the candidate under oath, of Number of Petition Signatures: Number of Signatures Reported: 14,361 |

This form acknowledges receipt of, or indicates failure to file, the required documents indicated above. It does not certify the adequacy of the documents filed nor the qualification of petitions. Immediately after the filing deadline, the State Board of Elections will deliver to the State Chair of the Republican Party of Virginia, the Consent/Declaration of Candidacy and the unopened containers containing the petitions.

The State Chair must certify to the State Board of Elections **no later than 5:00 p.m. on Tuesday, December 27, 2011**, the names of all candidates who qualified to have their names printed on the Presidential Primary ballot.

The State Board of Elections will conduct a drawing on **Wednesday, December 28, 2011** (10 AM, State Capital, House Room 2), to determine the order of placement of candidate names on the Presidential Primary ballot.

Acknowledged by filer: [signature]

**SIGNATURE OF CANDIDATE=S REPRESENTATIVE**

8000 Forbes Pl, Ste 200
**MAILING ADDRESS OF REPRESENTATIVE**

Falls Church   VA   22151
**CITY/TOWN**   **STATE**   **ZIP**

703-563-6620
**DAYTIME TELEPHONE INCLUDING AREA CODE**

RONPAUL2012.COM
**WEB ADDRESS, IF ONE**

CHRISY@RONPAUL2012.COM
**E-MAIL ADDRESS, IF ONE**

[signature] Matthew Abell
**STATE BOARD OF ELECTIONS= REPRESENTATIVE**

Exhibit 5

# COMMONWEALTH OF VIRGINIA

DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS

STATE FILE NUMBER: 145-51-058321

NAME OF REGISTRANT: CHARLES MELVIN TISDALE

DATE OF BIRTH: SEPTEMBER 16, 1951    SEX: MALE

PLACE OF BIRTH: MECKLENBURG COUNTY, VIRGINIA

MAIDEN NAME OF MOTHER: FANNY BELLE CRENSHAW

MOTHER'S PLACE OF BIRTH: VIRGINIA    AGE: 20

NAME OF FATHER: CORNELIUS LEE TISDALE

FATHER'S PLACE OF BIRTH: VIRGINIA    AGE: 23

DATE RECORD FILED: SEPTEMBER, 1951    DATE ISSUED: OCTOBER 25, 2000

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia.

DATE ISSUED

*Deborah Little-Bowser*
Deborah Little-Bowser, State Registrar

Do not accept unless on security paper with seal of Vital Statistics clearly embossed. Section 32.1-272, Code of Virginia, as amended.



VS 15B

Exhibit 6

**COMMONWEALTH OF VIRGINIA**
Department of Medical Assistance Services

010900
1170269010
CHARLES TISDALE
DOB: 09/16/1951  M  CARD#00001

**MEDICARE HEALTH INSURANCE**
1-800-MEDICARE (1-800-633-4227)
NAME OF BENEFICIARY
CHARLES M TISDALE
MEDICARE CLAIM NUMBER          SEX
                               MALE
IS ENTITLED TO                 EFFECTIVE DATE
HOSPITAL (PART A)   07-01-2009
MEDICAL  (PART B)   07-01-2009
SIGN HERE → Charles M. Tisdale

TISDALE, CHARLES                VCUHS
4359338         DOB: 09/16/1951
03/26/2009   M   B   57Y   10W
COOKE MD, RICHARD H        MCFC
ACCT: 706800700281         397

Boston Scientific TELIGEN 100
REF: E102   SN: 009640
ICD-VR  RV: IS-1/DF-1  1E 41 J
Hospital
Address: Ordana Kran   Phone 804 828 7656
Physician

**Medical Device ID**   Boston Scientific
Patient: Charles Tisdale
Physician: Kenneth A Ellenbogen MD
Physician Telephone: (804)828-7585

MFG          Product   Model/Serial   Implant DT
Boston Sci   ICD       E102 009640    15-APR-2009
Guidant      Lead      0185 225079    15-APR-2009

CHARLES TISDALE
Implant Date: 24-SEP-2009
DEREK BRINSTER, M.D.
MEDICAL COLLEGE/VIRGINIA HOSPS   Edwards
RICHMOND VA
Model        Size       Position
4450         30mm       MITRAL
Serial  2169267
HEART VALVE REPAIR DEVICE

Plaintiff is a U.S. Citizen, Born in The Commonwealth of Virginia, and is Afro-American
C.T