Charles Tisdale
P.O. Box 401
Richmond, Virginia 23219
434 247 6675
434 247 2649
mel_tisdale@hotmail.com



January 17, 2012

# AFFIDAVIT OF R. 65 NOTICE TO DEFENDANTS

I, Charles Tisdale under the penalties of perjury hereby state that on January 12, 2012, I mailed a copy of Rule 65 (FRCP) NOTICE to each of the defendants and their attorneys as more fully set forth in the attached documents with proof of mailing.

SS: _Charles Tisdale_

Charles Tisdale
P.O. Box 401
Richmond, Virginia 23219
434 247 6675
434 247 2649
mel_tisdale@hotmail.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| CHARLES TISDALE | : Civil Action  3:12cv36 |
| Plaintiff, Pro se | |
| v. | |
| BARACK H. OBAMA, II personally and in his capacity as President of The United States of America, and The FEDERAL ELECTION COMMISSION, and THE VIRGINIA STATE BOARD OF ELECTIONS, and NEIL H. MACBRIDE, in his capacity as United States Attorney for the Eastern District of Virginia, and The United States Department of Justice, et al<br>Defendants | : NOTICE |

TO THE FOLLOWING PARTIES:

**PLEASE TAKE NOTICE** that on Tuesday January 16, 2012, or as soon thereafter as the matter can be heard, the undersign shall apply at the United States District Court located at 701 East Broad Street, Richmond, Virginia 23217, for;

1. A Preliminary Injunction with Temporary Restraining Order **Enjoining** the above named Defendant Barack H. Obama, II , **EFFECTIVE**    /     /   **2012** from serving as President of the United States in violation of Article Two, Section One, Clause Five of the United States Constitution which provides:

1

> **...No person except a natural born citizen ...shall be entitled to the Office of President.......**

and there being unimpeachable evidence Barack H. Obama, II although a U.S. Citizen is not a "natural born citizen" that is, having parents who were U.S. Citizens at the time of Barack H. Obama. II birth, **Further;**

2. A Preliminary Injunction with Temporary Restraining Order **Enjoining** the above named defendant Barack H. Obama, II, **EFFECTIVE / / 2012** from campaigning, assuming or advertising as a candidate for the Office of President of the United States, further, said defendant Barack H. Obama, II, be **Enjoined Temporarily and Permanently,** from the Virginia State Primary Ballot for Office of the President of the United States scheduled for March 6, 2012, and the (Virginia) Presidential General Election scheduled for November 6, 2012, as Barack H. Obama, II is not a "natural born citizen" of the United States thereby in violation of Article Two, Section One, Clause Five of the United States Constitution which provides;

> **....No person except a natural born citizen....shall be entitled to the Office of President.....**

and there being unimpeachable evidence Barack H. Obama, II, although a U.S. citizen by birth is not a "natural born citizen" with parents who were U.S. citizens at the time of defendant Obama's birth in the United States, **Further;**

2

3. A Preliminary Injunction with Temporary Restraining Order **Enjoining** the Federal Election Commission, its officers, servants, agents, **EFFECTIVE   /   / 2012** from allocating matching funds from the Presidential race account to defendant Barack H. Obama, II who are ineligible to campaign, assume, advertise, or take an oath as President of the United States not being a "natural born citizen" of the United States as required in Article Two, Section One, Clause Five of the United States Constitution, **Further;**

4. A Preliminary Injunction with Temporary Restraining Order **Enjoining** the Virginia State Board of Elections, its employees, servants, agents, from certifying defendant Barck H. Obama, II, **and other similarly situated presidential candidates such as Mitt Romney, Rick Santorum, Ron Paul, et seq.** to the Virginia Presidential Primary Ballot for March 6, 2012 and from the Virginia Presidential General Election Ballot for November 6, 2012, each not being "natural born citizens" of the United States as required in Article Two, Section One, Clause Five of the United States Constitution, **further;**

5. For a Writ of Mandamus to Neil H. MacBride as United States Attorney for the Eastern District of Virginia, and The United States Department of Justice to forthwith, investigate, obtain evidence, and report to the court such findings as to the Constitutional requirements for the Office of President of the United States under Article Two, Section One, Clause Five of the United States Constitution,, such further relief as deemed just and equitable by the court.

*Charles Tisdale* (signature)
Charles Tisdale
P.O. Box 401
Richmond, VA 23219
454-247-6675
mel_tisdale@hotmail.com

3

1. Hon. Neil H. MacBride
   U.S. Attorney For The Eastern District of Virginia
   2100 Jamieson Avenue
   Alexandria, VA 32314
   fax 703 299 3980

2. John R. Griffiths
   Senior Trial Counsel
   U.S. Department of Justice
   Civil Division, Federal Programs Branch
   P.O. Box 883
   Washington, D.C. 20044
   fax 202 616 8460
   Ph   202 514 4652

3. Hon. Barack H. Obama, II, President of the United States
   C/0  Organizing For America- Virginia
   1710 E. Franklin Street
   Richmond, VA  23223
   Attn: Lise Clavel, Office Manager
   Ph- 804 644 1966
   fax  804 343 3642

4. Federal Election Commission
   999 E. Street, NW
   Washington, D.C. 20463
   Attn:Anthony Herman, General Counsel
   Ph    202 694 1650
   Fax- 202  219 8923

5. Virginia State Board of Elections
   1100 Bank Street
   Richmond, VA  23219
   Attn:Don Palmer
   1100 Bank Street, 1sr floor
   Richmond, VA  23219
   Ph   804 864 8901
   Fax 804 371 0194
   * Also By Hand On Jan 12 2012

Courtesy Copy To:

Office of the United States Attorney
Eastern District of Virginia
600 East Main Street, 18th floor
Richmond, VA 23219
Attn: Robert McIntosh, AUSA
*Also By Hand Jan 12 2012

Hon. Kenneth T. Cuccinelli,. II
Attorney General Of Virginia
900 East Main Street
Richmond, VA 23219
Attn: Allen T. Wilson, Special Counsel
*Also By Hand Jan 12 2012

**From:** Charles Tisdale
P.O. Box 401
Richmond, VA 23219

**To:** Kenneth T. Cuccinelli, II
900 E. Main St
Richmond, VA 23219
Attn: Allen Wilson, Special C

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, '12 AMOUNT $1.15 00052310-19

---

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, '12 AMOUNT $1.15 00052310-19

**Certificate of Mailing**

**From:** Charles Tisdale
P.O. Box 401
Richmond, VA 23219

**To:** Barack H. Obama, II
c/o Organizing for America - VA
619 E. Franklin St
Richmond, VA 23325

PS Form 3817, April 2007 PSN 7530-02-000-9065

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**From:** Charles Tisdale
P.O. Box 401
Richmond, VA 23970

**To:** U.S. Attorney
600 East Main St
Richmond, VA 23219
Attn: Robert McIntosh, AUSA

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, '12 AMOUNT $1.15 00052310-19

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

**From:** Charles Tisdale
P.O. Box 401
Richmond, VA 23219

**To:** Virginia State Board of Elect
1100 Bank St
Richmond, VA 23219
Attn: Don Palmer, Secretary

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, '12 AMOUNT $1.15 00052310-19

**Certificate Of Mailing**

From: Charles Tisdale
P.O. Box 401
Richmond, VA 23219

To: John R. Griffiths
P.O. Box 883
Washington D.C. 20044
U.S. Dept of Justice

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, 12 AMOUNT $1.15 00052310-19

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Charles Tisdale
P.O. Box 401
Richmond, VA 23219

To: Hon. Neil H. MacBride
U.S. Attorney
2100 Jamieson Ave
Alexandria, VA 32314

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, 12 AMOUNT $1.15 00052310-19

---

**UNITED STATES POSTAL SERVICE — Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From: Charles Tisdale
P.O. Box 401
Richmond, VA 23219

To: Federal Election Commission
999 E Street NW
Washington D.C. 20463
Attn: Anthony Herman, Gen. Cou

PS Form 3817, April 2007 PSN 7530-02-000-9065

U.S. POSTAGE PAID RICHMOND, VA 23219 JAN 12, 12 AMOUNT $1.15 00052310-19